Cecil ADDISON, Appellant,

v.

The STATE of Texas, Appellee.

No. 27230.

Court of Criminal Appeals of Texas.

Dec. 1, 1954.

No appearance for appellant.

Dan Walton, Dist. Atty., Houston, Eugene Brady, Asst. Dist. Atty., Wesley Dice, State's Atty., Austin, for the State.

PER CURIAM.

Appellant was convicted for unlawfully selling beer on Sunday, and his punishment was assessed at a fine of $500.

The complaint and information, as well as all matters of procedure, appear regular. The record is before us without a statement of facts or bills of exception, in the absence of which nothing is presented for review.

The judgment of the trial court is affirmed.